

**Entered on Docket
July 12, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank, National Association
09-76544

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-18188-lbr |
|---|---|
| Eduardo Castro, Sr. | Date:<br>Time:<br><br>Chapter 13 |
| Debtor | |

**ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(3)(C)(A)**

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired as to the debtor for all purposes as to Secured Creditor U.S. Bank, National Association, its assignees and/or successors in interest, of the subject

property, generally described as 6124 Blossom Knoll Ave., Las Vegas, NV 89108, and legally described as follows:

> LOT 234 IN BLOCK 5 OF AMENDED WILLOW UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 40 OF PLATS, PAGE 12, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

IT IS SO ORDERED.

Dated this 7TH day of JULY 2010.

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107